IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARISTA RECORDS,** *et al.*                                           **PLAINTIFFS**

**v.**                              **4:08CV00371-WRW**

**DOES 1-30**                                          **DEFENDANTS**

## **ORDER**

Pursuant to Plaintiffs' Stipulation of Dismissal Without Prejudice (Doc. No. 14), this action is DISMISSED without prejudice. Each party will bear his or its own attorney's fees and costs.

IT IS SO ORDERED this 27th day of August of August, 2008.

                                                       /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE